UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**NORTHERN DIVISION at COVINGTON**

| | | |
|---|---|---|
| RICHARD DEAN BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:17-cv-107-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE COURT'S ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 26th day of September, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge